CLINTON I. YOUNG, JR.
MAYOR

HELEN M. BLACKWOOD
CORPORATION COUNSEL



CITY OF MOUNT VERNON, NEW YORK
DEPARTMENT OF LAW
CITY HALL
ONE ROOSEVELT SQUARE, MOUNT VERNON, NY 10550
(914) 665-2366 • FAX (914) 665-9142
WWW.CI.MOUNT-VERNON.NY.US

ASSISTANT COUNSELS
NICHELLE A. JOHNSON
HINA SHERWANI
BRIAN G. JOHNSON
JOHANA H. AGGREY

LEGAL INVESTIGATOR
MICHAEL V. LENTINI

VIA FACSIMILE (914) 390-4179

March 14, 2008

United States Courthouse Southern District
Hon. Stephen C. Robinson
United States Courthouse
300 Quarropas Street, Room 633
White Plains, New York 10601-4150

Attn: Adrianne

Re:  **JOSE GARCIA**
     **CASE NO. 08-1270 (CSR)**

## MEMO ENDORSED

Your Honor,

As discussed, the undersigned respectfully request a 2 week extension to submit a scheduling order due today. Our attempts to contact Plaintiffs' Counsel have been unsuccessful. With the courts consent, please adjourn this submission until Friday, March 28, 2008. Thank for your courtesies extended in this matter.

Very truly yours,

Nichelle A. Johnson
Assistant Corporation Counsel

cc:  Parisi Patti, Plaintiff's Counsel, By Fax: (914) 287-0201

Scheduling order is to be submitted 3/28/08.

**APPLICATION GRANTED**
Stephen C. Robinson
HON. STEPHEN C. ROBINSION
3/14/08