UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE GARCIA

              Plaintiff,

    V.

CITY OF MOUNT VERNON, CITY OF
MOUNT VERNON POLICE DEPARTMENT
AND INDIVIDUALS OF THE CITY OF MOUNT
VERNON POLICE DEPARTMENT,

              Defendants.

08-CIV-1270

(SCR)

NOTICE OF MOTION FOR
JUDGMENT ON THE PLEADINGS
OR ALTERNATIVELY
FOR SUMMARY JUDGMENT

---

**PLEASE TAKE NOTICE** that, upon the Complaint, the annexed Exhibits and the supporting memorandum of law filed herewith, defendants THE CITY OF MOUNT VERNON, et, al, will move this Court before the Honorable Stephen C. Robinson, United States District Court Judge, at the United States Courthouse, 300 Quarropas Street, White Plains, New York, on a date to be determined by the Court, for an Order dismissing the Plaintiffs complaint pursuant to Fed. R. Civ. P. 12(c) or alternatively Fed. R. Civ. P. 56, and for such other and further relief as the Court may deem just and proper.

Dated:    Mount Vernon, New York
            June 20, 2008

                      Respectfully submitted,
                      HELEN M. BLACKWOOD, ESQ.
                      OFFICE OF THE CORPORATION COUNSEL

                      NICHELLE A. JOHNSON (NAJ7688)
                      ASSISTANT CORPORATION COUNSEL

                      CITY HALL
                      1 Roosevelt Square
                      Mount Vernon, New York 10550
                      (914) 665-2366
                      Attorneys for Defendants

To:    Parisi & Patti, LLP
        200 Mamaroneck Avenue
        Suite 602
        White Plains, New York 10601