UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOSE GARCIA,

                              Plaintiff,

   - against -

CITY OF MOUNT VERNON, CITY OF MOUNT
VERNON POLICE DEPARTMENT,
and INDIVIDUALS OF THE CITY OF MOUNT
VERNON POLICE DEPARTMENT

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08-CIV-1270

(SCR)

AFFIRMATION IN
OPPOSITION TO
MOTION FOR
JUDGMENT ON THE
PLEADINGS OR
ALTERNATELY FOR
SUMMARY JUDGMENT

      Cheryl K. Beece, Esq., an attorney duly admitted to practice before the Courts of the State of New York, hereby affirms the following under penalties of perjury:

1. I am a member of the firm of Parisi & Patti, LLP, attorneys for Plaintiff Jose Garcia, in the foregoing action. I am fully familiar with the facts and circumstances of the present action based on my review of the file maintained in our offices and on conversations with Plaintiff.

2. I submit this Affirmation in Opposition and the accompanying Memorandum of Law in Opposition to Defendants' Notice of Motion for Judgment on the Pleadings or Alternatively for Summary Judgment, electronically submitted on or about June 21, 2008.

3. Plaintiff has yet to conduct discovery at this early stage of the matter herein, and so does not have the advantage of depositions of any of the Defendants, or of any deposition of the Plaintiff at which counsel was allowed to conduct any cross-examination.

4. Plaintiff objects to the use of the 50-H hearing deposition testimony of Plaintiff as

1

part of the pleadings herein, as more fully detailed in the annexed Memorandum of Law.

5. Plaintiff is hampered in the opposition of this motion by evidence within the exclusive knowledge of Defendants, including but not limited to any internal depositions or reports that may have been given by the officers; the service records, disciplinary reports and commendations of the officers; and the supervisory policies and training programs relative to the officers through the City of Mount Vernon Police Department and the City of Mount Vernon. Until such information becomes available to Plaintiff, any motion to dismiss or for summary judgment on the pleadings herein is premature.

**WHEREFORE**, Plaintiff respectfully demands that the motion of Defendants to dismiss, or in the alternative to grant summary judgment, be denied, and for any other relief the Court deems just, proper or equitable.

Dated: White Plains, NY
July 11, 2008

                                               _____
                                               Cheryl K. Beece, Esq.
                                               PARISI & PATTI, LLP
                                               200 Mamaroneck Ave, Suite 602
                                               White Plains, NY  10601
                                               (914) 287-7374
                                               Fax: (914) 287-7384

To: Nichelle Johnson
      Assistant Corporation Counsel
      Attorneys for Defendants
      1 Roosevelt Square
      Mount Vernon, NY  10550
      (914) 665-2366

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------------------------------

JOSE GARCIA,

                   **08-CIV-1270**

            Plaintiff,

     -against-         **(SCR)**

CITY OF MOUNT VERNON,
CITY OF MOUNT VERNON POLICE DEPARTMENT, and
INDIVIDUALS OF THE CITY OF MOUNT VERNON
POLICE DEPARTMENT,
            Defendants.
-------------------------------------------------------------------------------------------------------

**AFFIRMATION IN OPPOSITION TO MOTION FOR JUDGMENT ON THE PLEADINGS OR ALTERNATELY FOR SUMMARY JUDGMENT**

-------------------------------------------------------------------------------------------------------
PARISI AND PATTI, LLP
Attorney for Plaintiff
200 Mamaroneck Avenue, Suite 602
White Plains, NY 10601
(914) 287-7374
Fax: (914) 287-7384
-------------------------------------------------------------------------------------------------------

To:      Nichelle Johnson, Esq.
       Assistant Corporation Counsel
      City of Mount Vernon Department of Law
        Attorneys for Defendants
         One Roosevelt Square
        Mount Vernon, NY 10550
-------------------------------------------------------------------------------------------------------

Dated: July 11, 2008
-------------------------------------------------------------------------------------------------------

   The undersigned attorney certifies pursuant to 22 NYCRR 1301.1 that to the best of his/her knowledge, information and belief, the annexed document is not frivolous.

               _____
                Cheryl K. Beece, Esq.3